Benjamin K. Lunch, State Bar No. 246015
Lois H. Chang, State Bar No. 278146
NEYHART, ANDERSON, FLYNN & GROSBOLL, APC
369 Pine Street, Suite 800
San Francisco, CA  94104
Tel.    (415) 677-9440
Fax    (415) 677-9445
Email: Blunch@neyhartlaw.com
       Lchang@neyhartlaw.com

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERING INDUSTRY PENSION TRUST FUND; BOARD OF TRUSTEES OF THE PLASTERERS LOCAL UNION NO. 66 SUPPLEMENTAL RETIREMENT BENEFIT FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS' JOINT APPRENTICESHIP AND TRAINING TRUST FUND; and BOARD OF TRUSTEES OF THE PLASTERING INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND,<br><br>                    Plaintiffs,<br>    v.<br><br>F-3 FIREPROOFING, INC., a California Corporation;<br><br>                    Defendants. | Case No.   14-cv-02735 TEH<br><br>[~~PROPOSED~~] ORDER GRANTING EX PARTE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE TO NOVEMBER 24, 2014<br><br>Civil Local Rule 16-2(d) |

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

0

[PROPOSED] ORDER

The Court, having considered Civil Local Rule 16-2(d) Motion to Continue Case Management Conference to November 24, 2014 filed by Plaintiffs BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS HEALTH AND WELFARE TRUST FUND, BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERING INDUSTRY PENSION TRUST FUND, BOARD OF TRUSTEES OF THE PLASTERERS LOCAL UNION NO. 66 SUPPLEMENTAL RETIREMENT BENEFIT FUND, BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS' JOINT APPRENTICESHIP AND TRAINING TRUST FUND, and BOARD OF TRUSTEES OF THE PLASTERING INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND ("Plaintiffs"), and good cause appearing therefor, hereby grants Plaintiffs' Motion and orders that:

1. The Case Management Conference currently set for September 29, 2014, is hereby continued to Monday, November 24, 2014 at 1:30 pm in Courtroom 12, 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

2. The Deadline to (a) meet and confer re: initial disclosure, early settlement, ADR Process selection, and discovery plan, (b) file ADR Certification signed by parties and counsel, and (c) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference be continued to at least 21 days before the conference, November 3, 2014; and,

3. The Deadline to file a Rule 26(f) Report and a Case Management Statement, as provided for in Local Rule 16-9 and Local Rule 16-10, is continued to at least 7 days before the conference, November 17, 2014.

**IT IS SO ORDERED.**

Dated: 09/10/2014



Judge Thelton E. Henderson
United States District Judge

[PROPOSED] ORDER

1

NEYHART, ANDERSON, FLYNN & GROSBOLL
ATTORNEYS AT LAW