Harold M. Jaffe, Esq.
**LAW OFFICES OF HAROLD M. JAFFE**
CASB #57397
3521 Grand Avenue
Oakland, CA 94610
Tel: (510) 452-2610~Fax: (510) 452-9125

Attorney for Defendant F-3 Fireproofing, Inc.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS HEALTH AND WELFARE TRUST FUND; BOARD OF THE TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERING INDUSTRY PENSION TRUST FUND; BOARD OF TRUSTEES OF THE PLASTERERS LOCAL UNION NO. 66 SUPPLEMENTAL RETIREMENT BENEFIT FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS' JOINT APPRENTICESHIP AND TRAINING TRUST FUND; and BOARD OF TRUSTEES OF THE PLASTERING INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, <br><br>   Plaintiffs, <br><br>vs. <br><br>F-3 FIREPROOFING, INC., a California corporation, <br><br>   Defendant. <br>_____/ | CASE NO. 14-cv-02735 TEH <br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT F-3 FIREPROOFING, INC. TO RESPOND TO PLAINTIFFS' COMPLAINT** |

The parties, by and through their respective counsel hereby stipulate that F-3 FIREPROOFING, INC. shall have up through and including November 7, 2014, to respond to the complaint in this action.

///

///

///

1
2
3  DATED: September 26, 2014                    */s/ Harold M. Jaffe*
                                                HAROLD M. JAFFE, Attorney for Defendant
4                                               F-3 FIREPROOFING, INC.
5
                                                NEYHART, ANDERSON, FLYNN & GROSSBOLL,
6                                               APC
7
8  DATED: September 26, 2014        By:         */s/ Benjamin K. Lunch*
                                                BENJAMIN K. LUNCH, Attorneys for Plaintiffs
9
10
11     **IT IS SO ORDERED**.
12
   DATED: 9/29/14
13                                              THE HONORABLE THELTON E. HENDERSON
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28