Harold M. Jaffe, Esq.
**LAW OFFICES OF HAROLD M. JAFFE**
CASB #57397
3521 Grand Avenue
Oakland, CA 94610
Tel: (510) 452-2610~Fax: (510) 452-9125

Attorney for Defendant F-3 Fireproofing, Inc.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS HEALTH AND WELFARE TRUST FUND; BOARD OF THE TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERING INDUSTRY PENSION TRUST FUND; BOARD OF TRUSTEES OF THE PLASTERERS LOCAL UNION NO. 66 SUPPLEMENTAL RETIREMENT BENEFIT FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS' JOINT APPRENTICESHIP AND TRAINING TRUST FUND; and BOARD OF TRUSTEES OF THE PLASTERING INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND,

    Plaintiffs,

vs.

F-3 FIREPROOFING, INC., a California corporation,

    Defendant.
_____/

CASE NO. 14-cv-02735 TEH

**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO DECEMBER 8, 2014**

The parties, by and through their respective counsel hereby stipulate as follows:

1.    That F-3 FIREPROOFING, INC. shall have an additional extension of time of up through and including November 21, 2014, to respond to the complaint in this action, to allow sufficient time for the parties to conduct settlement discussions prior to that time.

2.    The Case Management conference currently set for November 24, 2014, at 1:30 p.m., in Courtroom 12, be continued to December 8, 2014;

1      3.      The deadline to (a) meet and confer re: initial disclosure, early settlement, ADR

2  Process selection, and discovery plan, (b) file ADR Certification signed by parties and counsel, and

3  (c) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference be

4  continued to at least 21 days before the conference, November 18, 2014; and

5      4.      The deadline to file a Rule 26(f) Report and a Case Management Statement, as

6  provided for in Local Rule 16-9 and Local Rule 16-10, is continued to at least 7 days before the

7  conference, December 1, 2014.

8

9  DATED: Nov.  10, 2014                           */s/ Harold M.  Jaffe*
                                                    HAROLD M.  JAFFE, Attorney for Defendant
10                                                  F-3 FIREPROOFING, INC.

11                                                  NEYHART, ANDERSON, FLYNN & GROSSBOLL,
12                                                  APC

13

14  DATED: Nov.  10, 2014          By:          */s/ Benjamin K.  Lunch*
                                                BENJAMIN K.  LUNCH, Attorneys for Plaintiffs
15

16      **IT IS SO ORDERED**.

17

18  DATED: ___11/17/2014___

19                                              THE HON.                          ENDERSON

20                                              Judge Thelton E. Henderson

21

22

23

24

25

26

27

28