Richard K. Grosboll, State Bar No. 099729
Benjamin K. Lunch, State Bar No. 246015
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA  94104
Tel.     (415) 677-9440
Fax     (415) 677-9445
Email: blunch@neyhartlaw.com

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS HEALTH AND WELFARE TRUST FUND; BOARD OF THE TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERING INDUSTRY PENSION TRUST FUND; BOARD OF TRUSTEES OF THE PLASTERERS LOCAL UNION NO. 66 SUPPLEMENTAL RETIREMENT BENEFIT FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS' JOINT APPRENTICESHIP AND TRAINING TRUST FUND; and BOARD OF TRUSTEES OF THE PLASTERING INDUSTRY LABOR MANAGEMENT COOPERATION COMMITTEE TRUST FUND,<br><br>            Plaintiffs,<br>     v.<br><br>F-3 FIREPROOFING, INC., a California corporation,<br><br>            Defendant. | Case No.   14-cv-02735 TEH<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br>MODIFIED<br><br>Location:   450 Golden Gate Avenue<br>                  San Francisco, CA 94102<br>Judge:       Hon. Thelton Henderson |

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER
Case No. 14-cv-02735-TEH
0

## STIPULATION & REQUEST TO CONTINUE CMC

The parties hereby stipulate and agree to the following: they have reached a settlement in principle, but the parties are engaged in calculations related to the final amount of settlement. The final settlement calculations have been delayed due to the holidays, but the parties estimate that they will be finished with such calculations within the next 30 days. As such, they respectfully request that the Case Management Conference presently scheduled for January 12, 2015 be continued to February 12, 2015. This will allow the parties sufficient time to complete their calculations and finalize the settlement. In the extremely unlikely event that the parties are unable to finalize the settlement, the Defendant has been granted an extension of time to respond to the complaint of five days beyond the date of the continued Case Management Conference.

IT IS SO STIPULATED.

Dated: January 8, 2015           NEYHART, ANDERSON, FLYNN & GROSBOLL

                                 /s/ Benjamin K. Lunch
                                 BENJAMIN K. LUNCH, Attorney for Plaintiffs

Dated: January 8, 2015           LAW OFFICES OF HAROLD M. JAFFE

                                 /s/ Harold M. Jaffe
                                 HAROLD M. JAFFE, Attorney for Defendant
                                 F-3 FIREPROOFING, INC.

1   [~~PROPOSED~~] ORDER

Having considered the parties' stipulation to continue the further case management conference currently scheduled for January 12, 2015, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the further case management conference scheduled for January 12, 2015 is hereby continued to February ~~12,~~ 09 2015, or as soon thereafter as may be heard by the Court.

Dated: 01/08/2015

*IT IS SO ORDERED AS MODIFIED*

Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA