Richard K. Grosboll, State Bar No. 099729
Benjamin K. Lunch, State Bar No. 246015
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA  94104
Tel.    (415) 677-9440
Fax    (415) 677-9445
Email: blunch@neyhartlaw.com

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS HEALTH AND WELFARE TRUST FUND; BOARD OF THE TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERING INDUSTRY PENSION TRUST FUND; BOARD OF TRUSTEES OF THE PLASTERERS LOCAL UNION NO. 66 SUPPLEMENTAL RETIREMENT BENEFIT FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS' JOINT APPRENTICESHIP AND TRAINING TRUST FUND; and BOARD OF TRUSTEES OF THE PLASTERING INDUSTRY LABOR MANAGEMENT COOPERATION COMMITTEE TRUST FUND,<br><br>                  Plaintiffs,<br><br>      v.<br><br>F-3 FIREPROOFING, INC., a California corporation,<br><br>                  Defendant. | Case No.     14-cv-02735 TEH<br><br>**NOTICE OF DISMISSAL**<br><br>Location:    450 Golden Gate Avenue<br>                    San Francisco, CA 94102<br>Judge:       Hon. Thelton Henderson |

NOTICE IS HEREBY GIVEN THAT pursuant to Fed.R.Civ.Pro. 41(a)(1), Plaintiffs voluntarily dismiss the above-captioned action with prejudice.  Pursuant to the parties' settlement of this matter, Plaintiffs agree that F-3 Fireproofing is not liable to the Plaintiff Trust Funds for the period covered by the complaint (i.e. through December 2011).  Both sides shall bear their own fees and costs in this matter.

Respectfully Submitted,

Dated:  March 15, 2015

NEYHART, ANDERSON, FLYNN & GROSBOLL

By:_____/s/Benjamin K. Lunch_____
BENJAMIN K. LUNCH
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
3/17/2015
IT IS SO ORDERED
Judge Thelton E. Henderson